**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**YVETT GOYCO,**
            **Plaintiff,**

**-vs-**                                                     **Case No. 6:07-cv-645-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**
            **Defendant.**
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion for Entry of Judgment With Remand. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Clerk of the Court is directed to enter judgment consistent with the decision and close the file.

It is **SO ORDERED** in Orlando, Florida, this 30th day of July, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge