# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YVETTE GOYCO,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:07-cv-645-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 12)**
>
> **FILED:** July 30, 2007
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The plaintiff, Yvette L. Goyco, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on August 1, 2007. Doc. No. 13. As the plaintiff's motion is unopposed, an award of fees is ripe for consideration.[1]

---

[1] The EAJA requires a prevailing party to file an application for attorney's fees within thirty days of final judgment on the action. 28 U.S.C. § 2412(d)(1)(B). However, a judgment does not become final until the end of the sixty day period for filing an appeal. *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993). Because the Commissioner has consented to this motion, the Court need

Goyco's attorney seeks $992.00 in attorney's fees for 6.4 hours of work: 1.2 hours of work performed in 2006 and 5.2 hours of work performed in 2007. Doc. No. 12 at 7. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Goyco has presented an analysis of changes in the CPI that supports adjustment of the rate in this case to $155.00 per hour for work performed in 2006 and 2007. Doc. No. 12 at 7. This would lead to an award of $806.00 for work performed in 2006, and $186.00 for work performed in 2007, for a total award of $992.00. The defendant, the Commissioner of Social Security, does not oppose these hourly rates or the number of hours worked. Doc. No. 12 at 2.

After reviewing the papers submitted by Goyco, I find that the fees requested are appropriate in the absence of objection.

Goyco also seeks reimbursement of $350.00 in costs for the filing fee. Doc. No. 12 at 5. The Commissioner does not oppose this cost. In the absence of objection, I find that this cost was necessarily incurred.

---

not wait until the time for filing an appeal passes before ruling on the petition for attorney's fees.

It is, therefore, **RECOMMENDED** that Goyco is awarded $992.00 in attorney's fees and $350.00 in costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 27, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy