UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YVETT GOYCO,

        Plaintiff,

-vs-                                            Case No. 6:07-cv-645-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,
        Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff Goyco is awarded $992.00 in attorney's fees and $350.00 in costs.

It is **SO ORDERED** in Orlando, Florida, this 12 day of September, 2007.

                                            G. KENDALL SHARP
                                            Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge